# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** CRAIGHTON THOMAS BOATES
**Case Number:** 2:14-BK-17115-GBN  **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, APRIL 12, 2017 01:30 PM  6TH FLOOR #602
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JENNIFER LOWRY
**Reporter / ECR:** TORY GILBERT

## Matter:

ADV: 2-15-00269

Dale D. Ulrich vs Schian Walker, PLC

ORAL ARGUMENT ON THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

R / M #: 39 / 0

## Appearances:

TERRY A. DAKE, ATTORNEY FOR DALE D. ULRICH
CODY J. JESS, ATTORNEY FOR SCHIAN WALKER, PLC

## Proceedings:

The Court discussed the ruling from the Bankruptcy Appellate Panel and provided its preliminary inclination of the matter. The Court advised that it does not believe it can resolve the matter based on the papers that were filed and stated that an evidentiary hearing may be necessary.

Mr. Dake argued the Trustee's position and discussed the language in the emails.

Mr. Jess stated that his firm continues to represent Mr. Boates in the adversary and argued his client's position. Mr. Jess discussed the emails and stated that rejection does not equal termination.

Mr. Dake informed the Court that he would be willing to put together, with Mr. Jess, a comprehensive list of the emails, in a chronological fashion, to present to the Court.

The Court responded that the parties are welcome to work on that suggestion.

Mr. Jess stated that he is agreeable to Mr. Dake's suggestion and advised that the parties will file a stipulation for consideration.

The parties agreed that the joint stipulation will be filed by Wednesday, April 26, 2017.

COURT: IT IS ORDERED SETTING AN ADVERSARY STATUS HEARING ON MAY 17, 2017 AT 1:30 PM.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry